ACCEPTED
03-15-00128-CV
6865755
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 12:45:08 PM
JEFFREY D. KYLE
CLERK

## CAUSE NUMBER 03-15-00128-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 12:45:08 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS

## FOR THE THIRD COURT OF APPEALS DISTRICT
## AUSTIN, TEXAS

---

### TEDDE R. BLUNCK,

*Appellant,*

### V.

### CATHY A. BLUNCK,

*Appellee.*

---

## ON APPEAL FROM THE 22ND DISTRICT COURT, HAYS COUNTY, TEXAS

## TRIAL COURT CAUSE NO. 11-1217

---

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S REPLY BRIEF

---

### TEDDE R. BLUNCK, PRO SE

### 502 QUITMAN STREET

### P O BOX 1152

### PITTSBURG, TEXAS 75686

### TELEPHONE:  (903) 855-8460

### TELECOPIER:  (903) 855-8465

### E-MAIL:  TBLUNCK@YAHOO.COM

## Identity of Parties and Counsel

**Appellant/Petitioner:**

**Petitioner/Appellant's Appellate Counsel:**

Tedde R. Blunck, Pro Se
502 Quitman Street
P O Box 1152
Pittsburg, Texas 75686
Telephone: (903) 855-8460
Telecopier: (903) 855-8465
E-mail: tblunck@yahoo.com

**Appellee/Respondent:**

**Respondent/Appellee's Appellate Counsel:**

Mr. Karl E. Hays
State Bar No. 09307050
Law Office of Karl E. Hays, PLLC
2101 South Highway 35, Suite 210
Austin, Texas 78741
Telephone: (512) 476-1911
Telecopier: (512) 476-1904
E-mail: Service@haysfamilylaw.com

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant Tedde R. Blunck, files this First Motion to Extend Time to File Appellant's Reply Brief. This motion is not opposed by Appellee.

Appellant's Reply Brief is currently due on September 17, 2015.

Appellant requests a 15-day extension of time to file its reply brief, making the brief due on October 2, 2015. This is the first request for extension of time to file the reply brief.

Appellant relies on the following reasons, in addition to the routine matters that Appellant as a practicing attorney must attend to in daily practice, to explain the need for the requested extension:

> Appellant was out of the state assisting his 90 year old mother move from Iowa to Arizona and away from his office at the time the Appellee's Brief was filed. The Appellee's Brief was initially rejected by the Court. The Appellee's Brief was resubmitted the same day. The Appellant did not receive notice from the Court that the Appellee's Brief had been accepted. Appellant returned to his office Wednesday September 9, and logged on the Court's website and learned that the Appellee's Brief had been accepted by the Court on August 28, the same day it was resubmitted. The date the Reply Brief is now due is September 17. One week is not sufficient for the Appellant to prepare a cogent and succinct reply brief.

Appellant seeks this extension of time to be able to prepare a cogent and succinct reply brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and he is not opposed to the requested extension.

All facts recited in this motion are within the personal knowledge of the Appellant signing this motion, therefore, no verification is necessary under Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this First Motion to Extend Time to File Appellant's Reply Brief and extend the Deadline for Filing the Appellant's Reply Brief to October 2, 2015. Appellant requests all other relief to which he may be entitled.

Respectfully submitted,

_____

_____
Tedde R. Blunck
502 Quitman Street
P O Box 1152
Pittsburg, Texas 75686
Telephone: (903) 855-8460
Telecopier: (903) 855-8465
E-mail: tblunck@yahoo.com
Pro Se

**CERTIFICATE OF CONFERENCE**

Pursuant to Tex. R. App. P. 10.1(5), I certify that I conferred with counsel for

Appellee regarding this motion and that Appellee is not opposed to this motion.

_____
Tedde R. Blunck

**CERTIFICATE OF SERVICE**

Pursuant to Tex. R. App. P. 9.5, I certify that on September 10, 2015 I served a

copy of this motion by e-service to the following counsel:

Mr. Karl E. Hays
State Bar No. 09307050
Law Office of Karl E. Hays, PLLC
2101 South Highway 35, Suite 210
Austin, Texas 78741
Telephone: (512) 476-1911
Telecopier: (512) 476-1904
E-mail: service@haysfamilylaw.com
*Counsel for Appellee*

_____
Tedde R. Blunck